UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00244-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. TAIWAN LEE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict, the supervised release violation hearing scheduled for Friday, September 17, 2010 at 10:00 a.m. is **CONTINUED** to **Friday, September 17, 2010 at 1:45 p.m.**

    Dated: September 15, 2010