# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  06-cr-00244-WYD-04 |
| | USM Number:  34326-013 |
| TAIWAN LEE | Matthew Golla, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 4, 5, 6, 12, and 13, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | Violation of the Law (Harassment-Telephone Threats) | 11/24/09 |

The defendant is sentenced as provided in pages 3 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not committed violations 1 - 3, and 7 - 11 and is discharged as to such violations.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 21, 2010
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, Chief U.S. District Judge
Name & Title of Judge

November 4, 2010
Date

DEFENDANT:  TAIWAN LEE
CASE NUMBER:  06-cr-00244-WYD-04                                          Judgment-Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 5 | Possession and Use of a Controlled Substance | 02/24/10 |
| 6 | Possession and Use of a Controlled Substance | 03/26/10 |
| 12 | Failure to Reside in the Residential Reentry Center (RRC) | 04/29/10 |
| 13 | Violation of the Law (Interference with Police Officer) | 05/26/10 |

DEFENDANT: TAIWAN LEE  
CASE NUMBER: 06-cr-00244-WYD-04  Judgment-Page 3 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirteen (13) months.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____  
Deputy United States Marshal

DEFENDANT:  TAIWAN LEE
CASE NUMBER:  06-cr-00244-WYD-04                                            Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 8 | $0.00 | $0.00 | $401,423.00 |
| **TOTALS** | $0.00 | $0.00 | $401,423.00 |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.  If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | * Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Countrywide Home Loans, Inc.<br>Attn: Cindy Walker, Asst. General Counsel.<br>Re: Loan No. 83560181 and 855226087<br>5220 Las Virgenes Road<br>Mail Stop: AC-11<br>Calabasas, CA 913 | $156,876.00 | $156,876.00 | |
| New Century Mortgage Corp.<br>Attn: Ann Anderson-Mott<br>Corp. Risk Management<br>Re: Loan Nos. 1000595974 and 1000594976<br>3351 Michelson Drive, Suite 400<br>Irvine, CA 92612 | $219,114.00 | $219,114.00 | |
| Owners Association of the Villas at Cherry Creek, Inc.<br>c/o. Management Specialists, Inc.<br>3033 S. Parker Road, Suite 100<br>Aurora, CO 80014 | $25,433.00 | $25,433.00 | |
| **TOTALS** | $401,423.00 | $401,423.00 | |

Interest on the restitution obligation will be waived, upon the court's finding that the defendant does not have the ability to pay interest.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

DEFENDANT:  TAIWAN LEE
CASE NUMBER:  06-cr-00244-WYD-04                                                                Judgment-Page 5 of 5

    The defendant shall pay the outstanding balance of the restitution.

    The restitution obligation shall be joint and several with similar obligations to pay restitution imposed on Ronald Fontenot; Docket No. 06-cr-00244-EWN-06, $401,423; Nicole Puller, Docket No. 06-cr-00244-EWN-01, $26,493; Torrence James, Docket No. 06-cr-00244-EWN-07, $401,423; and Talita James, Docket No. 06-cr-00244-EWN-03, $25,433.

    All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

    The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

    Payments shall be applied in the following order:  (1) restitution principal.